Scott W. Horngren OSB No. 88060
Julie A. Weis OSB No. 97432
HAGLUND KELLEY HORNGREN JONES & WILDER LLP
101 S.W. Main Street, Suite 1800
Portland, Oregon 97204-3226
Phone: (503) 225-0777
Facsimile: (503) 225-1257
e-mail: horngren@hk-law.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **AMERICAN FOREST RESOURCE COUNCIL**, an Oregon non-profit corporation, **ROUGH & READY LUMBER CO.**, an Oregon corporation, **THE SWANSON GROUP**, an Oregon corporation, **SOUTH COAST LUMBER CO.**, an Oregon corporation, **JIM NOLAN, JIM FRICK, OAK FLAT LLC,** an Oregon limited liability company, and **INDIAN HILL LLC**, an Oregon limited liability company,<br><br>    Plaintiffs,<br><br>    v.<br><br>**SCOTT CONROY,** Forest Supervisor, Rogue River and Siskiyou National Forests, **LINDA GOODMAN**, Regional Forester, Pacific Northwest Region, **DALE BOSWORTH,** Forest Service Chief, **MARK REY**, Undersecretary of Agriculture for Natural Resources and Environment, and **ANN VENEMAN,** Secretary of Agriculture,<br><br>    Defendants. | Civil No. 04-6221-HO<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Page 1 -  **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

HAGLUND KELLEY HORNGREN & JONES LLP
ATTORNEYS AT LAW
ONE MAIN PLACE
101 SW MAIN STREET, SUITE 1800
PORTLAND, OREGON 97204-3226

F:\SWH\j13187.wpd

Plaintiffs' motion for voluntary dismissal of its wilderness related claims in its third, fourth and fifth claims for relief is hereby GRANTED.

DATED this 12th day of May, 2005.

_____
U.S. District Court Judge

HAGLUND KELLEY HORNGREN & JONES LLP
ATTORNEYS AT LAW
ONE MAIN PLACE
101 SW MAIN STREET, SUITE 1800
PORTLAND, OREGON 97204-3226

F:\SWH\j13187.wpd